IN THE MATTER OF PATRICK FOLEY AND BERNARD GAL-
LIGAN, TO VACATE AN ASSESSMENT, &C.

Order affirmed, with $10 costs, and disbursements, on opinion *In
re Mahan,*\* and *In re Merriam.*

IN THE MATTER OF DANIEL R. KENDALL, TO VACATE AN
ASSESSMENT, &C.

Order reversed, and proceedings remitted to the Special Term.
(See opinion *In re O'Reilly.*)

IN THE MATTER OF GUSTAV RAMSPERGER, TO VACATE AN
ASSESSMENT, &C.

Order affirmed, with $10 costs, and disbursements, on the
opinions *In re Mahan,*\* and *In re Merriam.*

IN THE MATTER OF ROBERT CHAPMAN, TO VACATE AN AS-
SESSMENT, &C.

Order reversed, and proceedings remitted to Special Term. (See
opinion *In re O'Reilly.*)

IN THE MATTER OF FREDERIC STEINLE AND FREDERIC
BOHDE, TO VACATE AN ASSESSMENT, &C.

Order affirmed, with $10 costs, and disbursements, on the
opinions *In re Mahan,*\* and *In re Merriam.*

IN THE MATTER OF GEORGE N. LAWRENCE, TO VACATE AN
ASSESSMENT, &C.

Order affirmed, with $10 costs, and disbursements, on the
opinions *In re Mahan,*\* and *In re Merriam.*

IN THE MATTER OF ANNA MARIA DEAN, TO VACATE AN
ASSESSMENT, &C.

Order affirmed, with $10 costs, and disbursements, on the
opinions *In re Mahan,*\* and *In re Merriam.*

IN THE MATTER OF FREDERICK E. GILBERT, TO VACATE AN
ASSESSMENT, &C.

Order affirmed, with $10 costs, and disbursements, on opinions
*In re Mahan,*\* and *In re Merriam.*

---

\* 20 Hun, 301.